UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEMETRIC C. MARINE,

    Plaintiff,

v.                                                                        Case No.  6:10-cv-1355-Orl-36TBS

SHERRY JOHNSON, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court on the following matters:

1.    Defendants' Motion to File Under Seal (Doc. No. 68) is **GRANTED**. Defendants may file Plaintiff's medical and mental health records under seal.

2.    Defendants have filed a motion for summary judgment (Doc. No. 69).  In preparing a response, Plaintiff should be aware of the provisions of Federal Rule of Civil Procedure 56.

When a motion for summary judgment is supported by affidavits and/or other documents, the party opposing the motion may not depend upon the mere allegations in his pleadings to counter it.  Pursuant to Federal Rule of Civil Procedure 56, the party opposing the motion must respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute

which should be litigated at the trial.  If the opposing party fails to respond to the motion or responds but the response does not comply with the requirements of Rule 56 as stated above, the Court may declare that the facts in the affidavits and/or documents supporting the motion are established as true and that there is no genuine issue of material fact in dispute.  In that event, if the applicable law allows, the party or parties who filed the motion will be entitled to have the motion granted and final judgment entered in his/their favor based upon the pleadings, depositions, answers to interrogatories, and answers to admissions filed along with the affidavits.  In that event there will be no trial or further evidentiary hearing and the case will be ended in this Court.

Plaintiff shall have **FORTY-FIVE (45) DAYS** from the date of this order to respond to the motion for summary judgment.  Thereafter, the motion will be taken under advisement by the Court and an order entered thereon without further notice.  Plaintiff is again warned that an order could result in the case being terminated without any further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 1st day of August, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2  8/1
Counsel of Record
Demetric C. Marine